# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SPENCER NEAL, | : |
|     Plaintiff, | :   Case No. 2:18-cv-626 |
| v. | :   JUDGE ALGENON L. MARBLEY |
| HAWKSTONE ASSOCIATES, INC., | :   Magistrate Judge Jolson |
|     Defendant. | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's June 28, 2018, Report and Recommendation which recommended that the Court deny Plaintiff's motion for leave to proceed *in forma pauperis*. (ECF No. 2)

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 2-3). The parties have failed to file any objections, and the deadline for objections (July 12, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The motion for leave to proceed *in forma pauperis* is hereby **DENIED**.

**IT IS SO ORDERED.**

                                                              s/ Algenon L. Marbley
                                                          **ALGENON L. MARBLEY**
                                                          **UNITED STATES DISTRICT JUDGE**

**DATED:  July 23, 2018**