## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | **CASE NO. 2:18-CV-626** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE MARBLEY** |
| | ) | |
| v. | ) | |
| | ) | |
| **HAWKSTONE ASSOCIATES, INC.,** | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

NOW COMES Plaintiff Spencer Neal, by and through counsel, and hereby requests an Order, in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, dismissing all claims against Defendant with prejudice pursuant to a private settlement agreement reached between the parties.

    Respectfully submitted,

    **/s/ *COLIN G. MEEKER***

    Colin G. Meeker (#0092980)
    Blakemore, Meeker & Bowler Co., L.P.A.
    495 Portage Lakes Dr.
    Akron, OH 44319
    Office: (330) 253-3337
    Fax: (330) 253-4131
    cgm@bmblaw.com

    Attorney for Plaintiff, Spencer Neal

## **CERTIFICATE OF SERVICE**

I certify that on the 7th day of May, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system

        Respectfully submitted,

        **/s/ *COLIN G. MEEKER***

        Colin G. Meeker (#0092980)
        Blakemore, Meeker & Bowler Co., L.P.A.
        495 Portage Lakes Dr.
        Akron, OH 44319
        Office: (330) 253-3337
        Fax: (330) 253-4131
        cgm@bmblaw.com

        Attorney for Plaintiff, Spencer Neal