**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| SPENCER NEAL, | : |
|       **Plaintiff,** | :   Case No. 2:18-CV-626 |
| v. | :   **JUDGE ALGENON L. MARBLEY** |
| HAWKSTONE ASSOCIATES, INC., | : |
|       **Defendant.** | : |

## **ORDER**

This matter comes before the Court on Plaintiff's Notice of Dismissal. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff has notified this Court and Defendant that it is dismissing all claims, with prejudice, pursuant to a private settlement agreement reached between the parties.

Rule 41(a)(2) provides that an action "may be dismissed at the plaintiff's request by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Accordingly, this case is hereby **DISMISSED**. This Court retains jurisdiction over this matter for the purposes of overseeing the administration and enforcement of the settlement agreement.

    **IT IS SO ORDERED.**

                                                             *s/ Algenon L. Marbley*
                                                         **ALGENON L. MARBLEY
                                                         UNITED STATES DISTRICT JUDGE**

**DATED:  June 10, 2019**